# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBY, et al., | Case No. 1:25-cv-00387-JLT-SAB |
| Plaintiffs, | ORDER DENYING SONJAY SINGH'S *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE |
| v. | |
| VISIONWORKS OF AMERICA, INC., | (ECF No. 9) |
| Defendant. | |

The Court has read and considered the application of Sonjay Singh, attorney for Plaintiffs Susan Colby, Asia Harris, Oluwakemi Fosudo Ade, and Dana Berkley, for admission to practice *pro hac vice* under the provisions of Local Rule 180 of the Local Rules of Practice of the United States District Court for this District. Counsel fails to submit a certificate of good standing from the Court in the attorney's state of primary practice in conjunction with the application. See L.R. 180(b)(2)(i)(iii).

The Court also notes that the application affirms that Sonjay Singh has not made a *pro hac vice* application to this Court within the past year. However, counsel appears to have filed a *pro hac vice* application in E.H. v. Lifelong Adoptions, Inc., No. 1:25-cv-00441-JLT-BAM (E.D. Cal.) in April 2025. See L.R. 180(b)(2)(i)(v). Counsel shall ensure that any resubmitted application contains updated and accurate information.

/ / /

1    Accordingly, IT IS HEREBY ORDERED that Sonjay Singh's application to appear *pro*

2  *hac vice* (ECF No. 9) is DENIED without prejudice to being resubmitted with a certificate of

3  good standing.

4

5  IT IS SO ORDERED.

6  Dated:  **July 22, 2025**

                                                              _____
7                                                             STANLEY A. BOONE
                                                              United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28