# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COLBY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VISIONWORKS OF AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00387-JLT-SAB<br><br>ORDER GRANTING SONJAY SINGH'S *PRO HAC VICE* APPLICATION<br><br>(ECF Nos. 12, 13) |

Before the Court is the application of Sonjay Singh—attorney for Plaintiffs Susan Colby, Asia Harris, Oluwakemi Fosudo Ade, and Dana Berkley—for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **July 30, 2025**

　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　United States Magistrate Judge

1